IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America, | Criminal No. 4:06-cr-00583-TLW-9 |
| v. | **Order** |
| Cliff Bernard Randall. | |

The defendant was ordered detained by United States Magistrate Judge Kaymani D. West on November 22, 2019. ECF No. 896. The Court scheduled a supervised release revocation hearing in this matter for January 28, 2020. The Court then granted a motion from the Government to continue the hearing for 90 days as a result of pending state charges. ECF No. 917. The Court then proceeded to reschedule this matter for a hearing on May 11, 2020. However, due to ongoing concerns surrounding the COVID-19 pandemic and a significant rise in case numbers in the state of South Carolina, that hearing was ultimately not scheduled. The Court then scheduled a supervised release revocation hearing in this matter for July 22, 2020, to proceed by videoconference pursuant to Section 15002(b)(1)(F) of the Cares Act, Pub. L. No. 116-136. The Court is required to have the consent of the defendant to conduct a supervised release revocation hearing. CARES Act, Pub. L. No. 116-136, § 15002(b)(1)(F). Due to the circumstances of this matter, the Court did not receive consent to conduct a videoconference supervised release revocation hearing.

Therefore, the Court held a status conference by videoconference. The defendant was present by videoconference from the Horry County Detention Center. During the proceeding, the parties provided information about the status case. At the request of the parties, with the consent of the defendant, the Court granted a consent motion for a continuance. If, ultimately, the violations

1

are not contested and the defendant consents to proceeding by videoconference, the parties are instructed to notify the Court so that a videoconference supervised release revocation may be scheduled. Absent consent, the Court intends to proceed with an in-court revocation hearing as soon as it is safe in light of the COVID-19 pandemic.

<u>s/ Terry L. Wooten</u><br>Senior United States District Judge

July 28, 2020
Columbia, South Carolina