IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America <br><br> v. <br><br> Cliff Bernard Randall | Crim. No. 4:06-cr-00583-TLW-9 <br><br> **Order** |

The Bureau of Prisons has made an inquiry regarding the October 15, 2020, judgment entered in this case, ECF No. 949. The judgment states that Defendant is to be imprisoned for a period of 48 months to be served consecutive to any state sentence, and "[d]efendant shall be given credit for time served beginning on August 7, 2019." *Id.* at 2.[1]

The Court has reviewed the transcript from Defendant's revocation hearing and the Court did not "give credit for time served beginning August 7, 2019." The Court imposed a 48-month sentence as to Count 1 and a 24-month sentence as to Count 7, such terms to run concurrently to one another, and consecutive to any state sentence. The Court also imposed a 12-month period of supervised release with special conditions.

In light of the transcript, and pursuant to Rule 36, the Court notifies the parties that the Court will issue an amended judgment to conform with the Court's sentence imposed in open court and remove any reference to a "credit for time served

---

[1] There are no facts in the record that indicate the Defendant was in federal custody on August 7, 2019.

1

beginning on August 7, 2019." *See United States v. Morse*, 344 F.2d 27, 29 n.1 (4th Cir. 1965) ("To the extent of any conflict between this written order and the oral sentence, the latter is controlling."). The Clerk is directed to prepare an amended judgment for the Court's signature and to then forward a copy of the amended judgment to the Bureau of Prisons.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

February 3, 2021
Columbia, South Carolina